1  DONALD H. MEDEARIS, SBN 206849
   BAY AREA LEGAL AID
2  1035 Market Street, 6th Floor
   San Francisco, CA 94103
3  Telephone: (415) 982-1300
   Fax: (415) 982-4243
4  dmedearis@baylegal.org
5
   Attorney for Plaintiff,
6  ROBERT COLBURN

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11 ROBERT COLBURN,                    ) Case No. 3:15-CV-00586-JST
                                      )
12         Plaintiff,                 ) **STIPULATION AND ~~PROPOSED~~ ORDER
                                      ) FOR AN EXTENSION OF TIME FOR
13 vs.                                ) PLAINTIFF TO FILE MOTION FOR
                                      ) SUMMARY JUDGMENT**
14 CAROLYN W. COLVIN, Acting          )
   Commissioner of the Social Security)
15 Administration,                    )
                                      )
16                                    )
           Defendant.                 )
17                                    )

18      IT IS HEREBY STIPULATED, by and between parties, through their representative

19 counsel of record, that Plaintiff shall have a first extension of time of 90 days to file his

20 Motion For Summary Judgement in response to Defendant's Answer . The new date for filing

21 Plaintiff's Motion for Summary Judgement will be September 21, 2015.

22      This extension is necessary because Donald H. Medearis substituted in as Plaintiff's

23 attorney on June 16, 2015, was not the Plaintiff's attorney in the administrative proceeding,

24 therefore needs more time to familiarize himself with the law and facts of the case to

25 properly prepare the Motion For Summary Judgment, and already has a substantial caseload.

26

27 STIPULATION TO EXTENSION OF TIME FOR PLAINTIFF TO FILE MOTION FOR
   SUMMARY JUDGMENT, AND PROPOSED ORDER; CASE NO. 3:15-CV-00586-JST
28

                                         1

1  Plaintiff's Attorney apologizes to the Court and Opposing Counsel for the delay. The parties
2  further stipulate that the Court's Scheduling Order shall be modified accordingly.
3                                          Respectfully submitted,
4  Dated: June 17, 2015                          */s/Donald H. Medearis*
5                                          DONALD H. MEDEARIS
6                                          BAY AREA LEGAL AID

7  Dated: June 17, 2015                          MELINDA L. HAAG
8                                          United States Attorney
9                                          DONNA L. CALVERT
10                                         Regional Chief Counsel, Region IX
                                        Social Security Administration
11                        By:   */s/Richard M. Rodriguez*
12                                  (* as authorized by e-mail on June 17, 2015)
13                                  RICHARD M. RODRIGUEZ
                                 Special Assistant United States Attorney
14                                  Attorneys for Defendant

15 ORDER:
16 APPROVED AND SO ORDERED
17 Dated: June 19, 2015                      By: _____
18                                THE HONORABLE

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Jon S. Tigar]*

28 STIPULATION TO EXTENSION OF TIME FOR PLAINTIFF TO FILE MOTION FOR SUMMARY JUDGMENT, AND PROPOSED ORDER; CASE NO. 3:15-CV-00586-JST